UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JOHNSON, individually, and on behalf of similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>PICK 6 TAHOE, LLC,<br><br>Defendant. | No. 2:19-cv-02186 KJM DB<br><br><br>ORDER |

Upon the stipulation filed on March 12, 2020 (ECF No. 10), and upon all previous proceedings had and taken in this action, it is:

Ordered that the default taken against the Defendants on January 20, 2020 is vacated and set aside. It is Further Ordered that the time of the Defendants to answer the complaint is extended to March 24, 2020.

DATED: March 3/12/2020 (nunc pro tunc)

_____
CHIEF UNITED STATES DISTRICT JUDGE

1