UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Johnson, | No. 2:19-cv-02186-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Pick 6 Tahoe LLC, | |
| Defendant. | |

On June 11, 2020, the parties confirmed they consent to proceed before the assigned Magistrate Judge, and the court advised the parties that it would issue a scheduling order and reassign the case. *See* Minutes for Sched. Conf., ECF No. 15. The case was not reassigned in light of the parties' pending settlement conference. The parties have now filed a stipulation and proposed order and request to modify the schedule to permit litigation in light of Pick 6 Tahoe LLC's decision to mount a defense. *See* Stip., ECF No. 19.

In light of the parties' stipulation and consent to proceed before the assigned magistrate judge, this case is referred to the assigned magistrate judge for all purposes, including trial, under 28 U.S.C. § 636(c). The stipulation and proposed order at ECF No. 19 remains pending.

IT IS SO ORDERED.

DATED: April 8, 2021.

CHIEF UNITED STATES DISTRICT JUDGE