1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KEVIN JOHNSON,                          No.  2:19-cv-2186 DB

12              Plaintiff,

13         v.                                 ORDER

14    PICK 6 TAHOE LLC,

15              Defendant.

16

17         On June 11, 2020, the previously assigned District Judge issued a scheduling order in this

18    action.  (ECF No. 16.)  On April 2, 2021, the parties filed a stipulation to amend the scheduling

19    order.  (ECF No. 19.)  On April 9, 2021, the matter was reassigned to the undersigned pursuant to

20    the parties' consent.  (ECF No. 20.)

21         Having reviewed the parties' stipulation, the court adopts the parties' stipulation, as

22    modified below.  Accordingly, IT IS HEREBY ORDERED that:

23         1.  Initial disclosures shall be made on or before **May 3, 2021**.

24         2.  Initial experts shall be disclosed no later than **September 30, 2021**.

25         3.  Rebuttal experts shall be disclosed no later than **October 8, 2021**.

26         4.  Discovery shall be completed by **October 29, 2021**.[1]

27

28    _____

      [1] The word "completed" means that all discovery shall have been conducted so that all
      depositions have been taken and any disputes relative to discovery shall have been resolved by

                                            1

1      6.  All pretrial motions, except motions to compel discovery, shall be completed by

2  **December 24, 2021.**[2]

3      7.  A Final Pretrial Conference date will be set after the resolution of any dispositive

4  motions, or passage of the dispositive motion cutoff.

5  Dated:  April 14, 2021

6

7  _____

8  DEBORAH BARNES
   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22  DLB:6
    DB/orders/orders.consent/johnson2186.am.sched.ord

23

24

25  appropriate order if necessary and, where discovery has been ordered, the order has been
    complied with.

26

27  [2] The word "completed" in this context means that all law and motion matters must be heard by
    the above date.  The parties are cautioned to refer to the local rules regarding the requirements for

28  noticing such motions on the court's regularly scheduled law and motion calendar.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28