UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JOHNSON, | No. 2:19-cv-2186 DB |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| PICK 6 TAHOE LLC, | |
| Defendant. | |

The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (ECF No. 20.) On January 18, 2022, plaintiff filed a motion for summary judgment and request to amend the scheduling order. (ECF No. 23.) The motion is noticed for hearing before the undersigned on February 25, 2022. Pursuant to Local Rule 230(c) defendant was to file opposition or a statement of non-opposition to plaintiff's motion "not less than fourteen (14) days preceding the noticed . . . hearing date." Defendant, however, has failed to file a timely opposition or statement of non-opposition.

The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110. Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules. Local Rule 183(a).

1

In the interests of justice, the Court will provide defendant with an opportunity to show good cause for defendant's conduct along with a final opportunity to oppose plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant show cause in writing within fourteen days of the date of this order as to why defendant should not be sanctioned[1];

2. The February 25, 2022 hearing of plaintiff's motion for summary judgment (ECF No. 23) is continued to **Friday, March 25, 2022, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

3. On or before **March 11, 2022**, defendant shall file a statement of opposition or non-opposition to plaintiff's motion for summary judgment; and

4. Plaintiff may file a reply on or before **March 18, 2022**.

DATED: February 22, 2022          /s/ DEBORAH BARNES
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant's response shall be sure to address why the Court should not sanction defense counsel personally for their repeated failure to comply with Court's orders.