UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JOHNSON, | No. 2:19-cv-2186 DB |
| Plaintiff, | |
| v. | ORDER |
| PICK 6 TAHOE LLC, | |
| Defendant. | |

The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1).  (ECF No. 20.)  On March 22, 2022, the Court sanctioned defense counsel for misconduct.  (ECF No. 31.)  On March 23, 2022, the parties submitted a proposed stipulation.  (ECF No. 32.)  On March 28, 2022, the Court denied the parties' stipulation.  (ECF No. 33.)

Therein, the Court expressed concern about defense counsel's conduct in representing the defendant.  (Id. at 2.)  Accordingly, the Court ordered defense counsel "[w]ithin fourteen days of the date of [the] order" to "serve a copy of [the] order on the defendant and file proof of that service."  (Id. at 3.)  Well over 14 days have passed and defense counsel has not filed proof of service as ordered.  Considering defense counsel's repeated misconduct counsel will again be personally sanctioned.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Attorney Morgan Mack shall pay sanctions in the amount of $1,000. This sanction shall be paid by attorney Mack solely and not by the defendant. Counsel shall send a check payable to the Clerk of Court for the Eastern District of California within fourteen days of the date of this order;

2. Within fourteen days of the date of this order attorney Mack shall comply with the March 28, 2022 order; and

3. Within fourteen days of the date of this order attorney Mack shall serve a copy of this order on the defendant and file proof of that service.

DATED: April 19, 2022            /s/ DEBORAH BARNES
                                 UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.consent\johnson2186.sanc2.ord