UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JOHNSON, | No. 2:19-cv-2186 DB |
| Plaintiff, | |
| v. | ORDER |
| PICK 6 TAHOE LLC, | |
| Defendant. | |

The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (ECF No. 20.) On June 23, 2022, the Court granted the parties' stipulated settlement agreement. (ECF No. 40.) The settlement agreement was signed by plaintiff and Matt DeLima as Managing Agent for defendant. (ECF No. 39-1 at 8.)

On November 7, 2022, plaintiff filed a motion for judgment pursuant to the terms of the parties' settlement agreement due to defendant's failure to comply with the terms of the settlement agreement. (ECF No. 43.) The motion is noticed for hearing before the undersigned on December 16, 2022. On December 6, 2022, defendant filed a statement of non-opposition. (ECF No. 44.) The statement is signed only by counsel for defendant.

A party's failure to comply with the terms of a settlement agreement is uncommon. Moreover, defense counsel's conduct in this action has "raised concerns about the adequacy of defendant's representation," resulting in sanctions on two occasions. (ECF No. 31 at 2.)

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing of plaintiff's motion for judgment (ECF No. 43) is continued to **February 3, 2023**; and

2. Within twenty-one days of the date of this order defense counsel shall file an amended statement of non-opposition bearing the wet signature of Matt DeLima as Managing Agent for the defendant.

Dated:  December 7, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.consent\johnson2186.sig.ord