UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>PICK 6 TAHOE LLC,<br><br>Defendant. | No. 2:19-cv-2186 DB<br><br><br><br>ORDER |

The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (ECF No. 20.) On December 28, 2022, defense counsel filed a motion to withdraw as attorney and noticed the matter for hearing before the undersigned on February 3, 2023. Also noticed for hearing on February 3, 2023, is plaintiff's motion for judgment. (ECF No. 43.)

On January 26, 2023, plaintiff filed a statement of non-opposition. (ECF No. 47.) Therein, plaintiff's counsel explains that counsel "is set for the first day of trial in Riverside Superior Court." (ECF No. 47 at 2.) Although counsel explains that steps have been take in an effort to attend the February 3, 2023 hearing, the Court will continue the hearings to insure counsel's availability given the nature of the motions.

////

////

1

Accordingly, IT IS HEREBY ORDERED that the February 3, 2023 hearing of plaintiff's motion for judgment (ECF No. 43) and defendant's motion to be relieved as counsel (ECF No. 46) is continued to **Friday, March 10, 2023, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.[1]

Dated: January 30, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

---

[1] Parties shall appear at the hearing either telephonically or over video conference through the Zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing). Parties proceeding in propria persona, on his or her own behalf, shall contact Mamendella York, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange their appearance either telephonically or over video conference. Counsel will receive an email containing the necessary appearance information and must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference. The Zoom ID Number and password are confidential and are not to be given to anyone. Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.