UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JOHNSON, | No. 2:19-cv-2186 DB |
| Plaintiff, | |
| v. | ORDER |
| PICK 6 TAHOE LLC, | |
| Defendant. | |

This matter came before the undersigned on May 19, 2023, for hearing of defense counsel's motion to withdraw.[1] (ECF No. 63.) Attorney Joshua Watson appeared via Zoom on behalf of plaintiff. Attorney Morgan Mack appeared via Zoom on behalf of defendant. At the hearing, the court asked defense counsel to address whether defense counsel had discussed the terms of the parties' March 20, 2022 stipulation with the defendant. Review of defense counsel's answer reflects that defense counsel may have misunderstood the court's question and provided an answer with respect to the parties' May 13, 2022 settlement agreement. The court, however, was inquiring with respect to the parties' March 23, 2022 stipulation and proposed order to amend the scheduling order. (ECF No. 32.)

////

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (ECF No. 20.).

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within seven days of the date of this order defense counsel shall file a declaration addressing defense counsel's discussions with the defendant with respect to the parties' March 23, 2022 stipulation, without discussing any privileged information;

2. Defense counsel's declaration shall state the date(s) defense counsel discussed the proposed March 23, 2022 stipulation with the defendant, the format of the discussion(s) (phone call, email, text, in person meeting, etc.), and the duration;

3. Defense counsel's declaration shall also address whether defense counsel believed the defendant fully understood the terms of the March 23, 2022 stipulation and what basis forms defense counsel's belief; and

4. Defense counsel shall file proof of service of the declaration on the defendant with 14 days of the date of filing the declaration.

Dated:  May 22, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.consent\johnson2186.mot.withdraw.addl.decl.ord